IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GWAINE CAMPBELL, ) <br> ) <br> ) <br> Defendant. ) | CR No. 10-20044 <br><br> 18 U.S.C. § 922(g) <br> 21 U.S.C. § 841(a)(1) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about June 27, 2009, in the Western District of Tennessee, the defendant, ---------------------------------------- **GWAINE CAMPBELL** ---------------------------------------- having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Smith & Wesson .357 caliber revolver, in violation of Title 18, United States Code, Section 922(g).

## COUNT TWO

On or about June 27, 2009, in the Western District of Tennessee, the defendant,

---------------------------------------------- **GWAINE CAMPBELL** ----------------------------------------

did unlawfully, knowingly, and intentionally possess with the intent to distribute at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

s/Grand Jury Foreperson

DATED: January 26, 2010

UNITED STATES ATTORNEY