```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

_____

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,         )
                             )
vs.                          )         CR. NO. 10-20044-Ma
                             )
GWAINE CAMPBELL,             )
                             )
        Defendant.         )
_____

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**
_____

    This cause came on for a report date on March 26, 2010. Defense counsel requested a continuance in order to allow for additional preparation in the case.

    The Court granted the request and continued the trial to the rotation docket beginning June 7, 2010, with a report date on Friday, May 28, 2010 at 2:00 p.m.

    The period from March 26, 2010 through June 18, 2010 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

    **IT IS SO ORDERED** this 22nd day of April, 2010.


                                                  S/   *Samuel H. Mays, Jr.*
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE